BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:14-MC-00076-LJO |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $47,495.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Dady Lu Thongthipvoravong ("Claimant"), by and through their respective counsel, as follows:

1. On or about August 23, 2013, Claimant filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the approximately $47,495.00 in U.S. Currency (hereafter "Defendant Currency"), which was seized on or about May 27, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the Defendant Currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the Court extends the deadline for good cause shown or by agreement of the parties.  That deadline is November 24, 2014.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to February 23, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency vehicle is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the defendant vehicle is subject to forfeiture shall be extended to February 23, 2015.

Dated:   11/21/14                                   BENJAMIN B. WAGNER
                                                                    United States Attorney


                                                         By:   /s/ Jeffrey A. Spivak
                                                                    JEFFREY A. SPIVAK
                                                                    Assistant U.S. Attorney


Dated:   11/21/14                                    /s/ Angel Mata
                                                                    ANGEL MATA
                                                                    Attorney for Claimant
                                                                    Dady Lu Thongthipvoravong


**SO ORDERED**
**Dated: November 25, 2014**

                                                   **/s/ Lawrence J. O'Neill**
                                                   **United States District Judge**

2
Stipulation and Order to Extend Time