BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

APPROXIMATELY $47,495.00 IN U.S.
CURRENCY,

           Defendant.

1:14-MC-00076-LJO

**STIPULATION AND ORDER
EXTENDING TIME FOR
FILING A COMPLAINT FOR
FORFEITURE AND/OR TO
OBTAIN  AN INDICTMENT
ALLEGING FORFEITURE**

It is hereby stipulated by and between the United States of America and

claimant Dady Lu Thongthipvoravong ("Claimant"), by and through their respective

counsel, as follows:

1.     On or about August 23, 2013, Claimant filed a claim in the administrative

forfeiture proceedings with the Drug Enforcement Administration with respect to the

approximately $47,495.00 in U.S. Currency (hereafter "Defendant Currency"), which

was seized on or about May 27, 2014.

2.     The Drug Enforcement Administration has sent the written notice of

intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

The time has expired for any person to file a claim to the Defendant Currency under 18

U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the

Defendant Currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the Court extends the deadline for good cause shown or by agreement of the parties.  That deadline was November 24, 2014.

4.     By Stipulation and Order filed on November 21, 2014, the parties stipulated to extend to February 23, 2015, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 22, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency vehicle is subject to forfeiture.

6.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is

///
///
///
///
//
//
///
///
///
///
///

2

Stipulation and Order to Extend Time

1  subject to forfeiture shall be extended to May 22, 2015.

2  Date:   2/19/15                           BENJAMIN B. WAGNER
                                             United States Attorney
3

4                                            /s/ Jeffrey A. Spivak
                                             JEFFREY A. SPIVAK
5                                            Assistant U.S. Attorney

6

7  Date:   2/19/15                           /s/ Angel Mata
                                             ANGEL MATA
8                                            Attorney for Claimant
                                             Dady Lu Thongthipvoravong
9

10

11 **SO ORDERED**
   **Dated: February 19, 2015**
12
                                        **/s/ Lawrence J. O'Neill**
13                                      **United States District Judge**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      Stipulation and Order to Extend Time