BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:14-MC-00076-LJO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| APPROXIMATELY $47,495.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Dady Lu Thongthipvoravong ("Claimant"), by and through their respective counsel, as follows:

1. On or about August 23, 2013, Claimant filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the approximately $47,495.00 in U.S. Currency (hereafter "Defendant Currency"), which was seized on or about May 27, 2014.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the Defendant Currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than Claimant has filed a claim to the

Defendant Currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the Court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 24, 2014.

4. By Stipulation and Order filed on November 21, 2014, the parties stipulated to extend to February 23, 2015, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

5. By Stipulation and Order filed on February 19, 2015, the parties stipulated to extend to May 22, 2015, the time in which to file a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture.

6. Currently, the parties are engaged in settlement discussions and are hopeful to reach a resolution within the next 60 days.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 24, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency vehicle is subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Defendant Currency and/or to obtain an indictment alleging that the Defendant Currency is

///
///
///
///
//
//

2

Stipulation and Order to Extend Time

1  subject to forfeiture shall be extended to July 24, 2015.

2  Date:  5/20/15                                BENJAMIN B. WAGNER
                                                 United States Attorney
3

4                                                /s/ Jeffrey A. Spivak
                                                 JEFFREY A. SPIVAK
5                                                Assistant U.S. Attorney

6

7  Date:  5/20/15                                /s/ Angel Mata
                                                 ANGEL MATA
8                                                Attorney for Claimant
                                                 Dady Lu Thongthipvoravong
9
                                                 (original signature retained by attorney)
10

11 **IT IS SO ORDERED**
   **Dated: May 20, 2015**
12
                                                 **/s/ Lawrence J. O'Neill**
                                                 **United States District Judge**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Extend Time